```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/08
```

United States District Court
Southern District of New York

Sehnaz Oner and Ahmet Yilmaz

        Petitioner,

  -against-

U.S. Citizenship and Immigration Services

        Respondent.

08 Civ. 1697 (PKC)

ORDER

CASTEL, J.

    The Clerk of the Court shall serve a copy of this Order, the underlying complaint, and supporting documents, if any, contained in the Clerk's file by first-class mail, upon the U.S. Attorney. Respondent shall file an answer or motion and a notice of appearance herein within sixty (60) days from the date of this Order. Responding papers shall include such information as may be necessary in order for this Court to ascertain whether petitioner has exhausted his remedies. Transcripts of all relevant proceedings, and the record in any proceedings shall be submitted.

SO ORDERED:

_____
P. Kevin Castel
U.S.D.J.

Dated: New York, New York
       February 27, 2008