UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
SEHNAZ ONER and AHMET YILMAZ,

            Plaintiffs,           **ECF CASE**

    v.           08 Civ. 1697 (PKC)

UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES,
                                          NOTICE OF APPEARANCE

           Defendant.
------------------------------------------------------------ x

TO:    Clerk of Court
        United States District Court
        Southern District of New York

    The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:   New York, New York
         March 12, 2008

                                                               Respectfully submitted,

                                                               MICHAEL J. GARCIA
                                                                United States Attorney for the
                                                                Southern District of New York

                                      By:    /s/_____
                                                                KIRTI VAIDYA REDDY
                                                                Assistant United States Attorney
                                                               86 Chambers Street, 3rd Floor
                                                              New York, New York 10007
                                                             Telephone: (212) 637-2751
                                                             Facsimile: (212) 637-2786
                                                             Email: kirti.reddy@usdoj.gov

To:    Stephen A. Katz
        111 John Street, Suite 800
        New York, NY 10038