From: Stephen Katz 1-212-349-6407 To: Kirti Vaidya Reddy Esq.　　Date: 5/27/2008 Time: 9:49:26 PM　　Page 2 of 3
Case 1:08-cv-01697-PKC　　Document 8　　Filed 05/30/2008　　Page 1 of 2

MAY-20-2008 14:46　　USAO　　718-422-5130　　P.02

USDS SDNY
DOCUMENT **ORIGINAL**
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SEHNAZ ONER and AHMET YILMAZ,

　　　　　　　　　　　Plaintiffs,　　　　: STIPULATION AND ORDER

　　　-against-　　　　　　　　　　　　: 08 Civ. 1697 (PKC)

UNITED STATES CITIZENSHIP AND　　　　 : A# 99 188 426
IMMIGRATION SERVICES,

　　　　　　　　　　　Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IT IS STIPULATED AND AGREED by and between the undersigned counsel for the parties to the above-captioned action that the action, shall be and hereby is, dismissed with prejudice and without costs or attorney's fees to either party.

Dated: New York, New York
　　　　May 27, 2008

By: *Stephen A. Katz*
STEPHEN A. KATZ
Attorney for Plaintiffs
Law Office of Stephen A. Katz
111 John Street, Suite 800
New York, NY 100138-3180
Telephone No.: (212) 349-6400
Fax Number: (212) 349-6407

From: Stephen Katz 1-212-349-6407 To: Kirti Vaidya Reddy Esq.  Date: 5/27/2008 Time: 9:49:26 PM  Page 3 of 3
Case 1:08-cv-01697-PKC    Document 8    Filed 05/30/2008    Page 2 of 2

MAY-20-2008 14:46    USAO    718 422 5130    P.03

Dated: New York, New York
May 29, 2008

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York
                              Attorney for Defendants

                    By: _____
                              KIRTI VAIDYA REDDY
                              Assistant United States Attorney
                              86 Chambers Street, 3rd Floor
                              New York, NY 10007
                              Telephone No.: (212) 637-2751
                              Fax Number : (212) 637-2786

SO ORDERED: _____
                 USDJ
             5-30-08